UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Forlando J. Brown, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Adele J. Pope, individually and )<br>As Trustee of the Irrevocable Trust )<br>established by James Brown in )<br>August 1, 2000, and )<br>)<br>Robert L. Buchanan, Jr., individually and )<br>As Trustee of the Irrevocable Trust )<br>established by James Brown in )<br>August 1, 2000, )<br>)<br>Defendants. )<br>_____) | Case No. 3:08-co-00014-CMC |

## AMENDMENT TO COMPLAINT

COMES NOW Plaintiff Forlando J. Brown and hereby amends his Complaint against Adele J. Pope, individually and as a purported Trustee of an Irrevocable Trust established by James Brown on August 1, 2000 (the "Irrevocable Trust"), and Robert L. Buchanan, Jr., individually and as a purported Trustee of the Irrevocable Trust, by adding the following counts and additions to the prayer for relief thereto:

### COUNT III – TORTIOUS INTERERENCE WITH GIFT, PROSPECTIVE CONTRACTUAL, BUSINESS, OR ECONOMIC RELATIONS

1.

Plaintiff incorporates the allegations in his Verified Complaint as if fully set forth herein.

2.

Plaintiff Forlando Brown is a beneficiary of the Irrevocable Trust and is entitled to receive funds from the Irrevocable Trust for his education. As a grandchild of James Brown, under the age of 35, Forlando had an expectancy that he would receive funds from the Irrevocable Trust to pay for his education.

3.

After being illegally appointed as a Trustee of the Irrevocable Trust, and in derogation of the express terms of the Irrevocable Trust, Pope and Buchanan purposely and with malice, tortiously interfered with Forlando's gift and right to payment for his education by transferring and seeking to transfer assets of the Irrevocable Trust to the Estate of James Brown where they can be utilized to effectuate their administration of the Estate and pay their own personal legal fees, threatening to transfer additional assets from the Irrevocable Trust, misappropriating assets of the Irrevocable Trust, and refusing to pay for the education of Forlando, as required by the express terms of the Irrevocable Trust. All of these actions by Pope and Buchanan are improper and wrongful.

4.

Pope and Buchanan performed these improper actions without privilege.

5.

By their improper actions, Pope and Buchanan have prevented Forlando from receiving funds he is rightfully owed under the Irrevocable Trust.

6.

There is a reasonable certainty that Forlando would have received payment for his education, pursuant to his grandfather's wishes, if the assets of the Irrevocable Trust were not misappropriated, and if a lawfully appointed Trustee, bound to follow the terms of the Irrevocable Trust, was requested to provide such funds.

7.

Forlando has been proximately damaged by Pope and Buchanan's tortious interference in that 1) his education has not been paid for, 2) there is no indication that his education will be paid for in the near future, and perhaps not at all as a result of the actions of Pope and Buchanan, and 3) his plans for completing his studies and attending law school may be thwarted as a result.

## COUNT IV – FAILURE TO DELIVER GIFT AND CONVERSION THEREOF

8.

Plaintiff incorporates paragraphs 1 through 7 of this Amended Complaint as if fully set forth herein.

9.

Plaintiff Forlando Brown is a beneficiary of the Irrevocable Trust and is entitled to receive funds from the Irrevocable Trust for his education. As a grandchild of James Brown, under the age of 35, Forlando had an expectancy that he would receive funds from the Irrevocable Trust to pay for his education. Forlando was entitled to receive for the benefit of his education – an amount equal to the amount held in the Brown Family Education Trust portion of the Irrevocable Trust upon James Brown's death, divided by the number of living grandchildren under the age of 35.

10.

After being illegally appointed as a Trustee of the Irrevocable Trust, and in derogation of the express terms of the Irrevocable Trust, Pope and Buchanan purposely, with malice, and without legal authorization, assumed control over the assets of the Irrevocable Trust, directed these assets to the Estate of James Brown, and withheld payment for the education of Forlando, and exercised the right of ownership over the funds to pay for Forlando's education.

11.

Pope and Buchanan did not have a legal right to take the assets of the Irrevocable Trust and divert them for other improper uses because they were not acting as legal trustees of the Irrevocable Trust and because these uses were prohibited under the Trust instrument.

12.

By their improper actions, Pope and Buchanan prevented Forlando from receiving the funds he was rightfully owed under the Irrevocable Trust.

13.

Forlando has been proximately damaged by Pope and Buchanan's conversion of trust assets in that 1) he has not received the funds to pay for his education, 2) there is no indication that his education will be paid for in the near future, and perhaps not at all as a result of the actions of Pope and Buchanan, and 3) his plans for completing his studies and attending law school may be thwarted as a result.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays that the Court enter a judgment and order:

(a)     awarding compensatory damages against Pope and Buchanan in their individual capacity;

(b)     immediately restraining and enjoining Pope and Buchanan from any further activities involving the Irrevocable Trust and any further tortious interference with the Irrevocable Trust or conversion of its assets;

(c)     permitting the Irrevocable Trust to operate according to its express terms, and in accordance with South Carolina law, in electing its own Trustees without further interference from Pope or Buchanan; and

(d)     awarding the Plaintiff such other and further relief as the Court may deem just, equitable and proper.

Respectfully submitted, this 7th day of January, 2008.

                    s/ William B. Shearer, Jr.
William B. Shearer, Jr.
Attorney Identification No. 5049
POWELL GOLDSTEIN LLP
One Atlantic Center, 14th Floor
1201 W. Peachtree Street, N.W.
Atlanta, GA  30309-3488
404-572-6600
Fax:  404-572-6999
Email:  bshearer@pogolaw.com

David B. Bell, Esq.
BELL & BELL
P. O. Box 1011
Augusta, GA  30903-1011
706-724-1882
Fax: 706-722-2507
Email:  davidbell@davidbelllawfirm.com


                    s/ Jerry L. Finney
Jerry L. Finney
Attorney Identification No. 6489
The Finney Law Firm, Inc.
2117 Park Street

-5-

    Columbia, SC 29201
    803-254-7408
    Fax: 803-254-1941
    Email: JLFinney@bellsouth.net


    <u>s/ Ernest A. Finney, Jr.</u>
    Ernest A. Finney, Jr.
    Attorney Identification No. 3071
    Attorney at Law
    2117 Park Street
    Columbia, SC 29201
    803-254-7408
    Fax: 803-254-1941

    COUNSEL FOR FORLANDO J. BROWN

::ODMA\PCDOCS\ATL\1244403\1

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Forlando J. Brown,<br><br>    Plaintiff,<br><br>v.<br><br>Adele J. Pope, individually and<br>As Trustee of the Irrevocable Trust<br>established by James Brown in<br>August 1, 2000, and<br><br>Robert L. Buchanan, Jr., individually and<br>As Trustee of the Irrevocable Trust<br>established by James Brown in<br>August 1, 2000,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)  Case No. 3:08-co-00014-CMC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically on the 7th day of January, 2008. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                            s/ Jerry L. Finney
                                                                           Jerry L. Finney
                                                                           Attorney Identification No. 6489
                                                                            The Finney Law Firm, Inc.
                                                                            2117 Park Street
                                                                             Columbia, SC 29201
                                                                            803-254-7408
                                                                            Fax: 803-254-1941
                                                                            Email: JLFinney@bellsouth.net

                                                                            COUNSEL FOR FORLANDO J. BROWN