```
          IN THE DISTRICT COURT
       FOR THE DISTRICT OF SOUTH CAROLINA
              COLUMBIA DIVISION
```

**CASE NO. 3:08cv00014-WOB**

**FORLANDO J. BROWN**                                            **PLAINTIFF**

**VS.**                              **O R D E R**

**ADELE J. POPE, Individually and as
Trustee of the Irrevocable Trust,
ETC., ET AL.**
                                                                **DEFENDANTS**

This matter came before the Court on Friday, April 13, 2012, for a status conference and hearing on defendants' motions to dismiss and to conduct discovery (Docs. 209, 214).

After discussion, plaintiff advised the Court that events have rendered his claims in this matter moot and that he wished to dismiss them voluntarily. Defendants advised the Court that they nonetheless intend to pursue their counterclaims against plaintiff.

Therefore, having heard the parties, and the Court being sufficiently advised,

**IT IS ORDERED** as follows:

(1) Plaintiff's claims be, and are hereby, **VOLUNTARILY DISMISSED WITHOUT PREJUDICE;**

(2)  Defendants shall file amended counterclaims **within thirty (30) days of entry of this order;**

(3)  Defendants' motions to dismiss (Docs. 209, 214) be, and are hereby, **DENIED AS MOOT AS TO THE DISMISSAL OF PLAINTIFF'S CLAIMS AND DENIED WITHOUT PREJUDICE AS TO DEFENDANTS' REQUEST FOR DISCOVERY.**

This 19th day of April, 2012.



Signed By:
*William O. Bertelsman* WOB
United States District Judge